LYNN M. HANSEN, ESQ.
Nevada State Bar 00244
AMANDA J. BROOKHYSER, ESQ.
Nevada State Bar 011526
JIMMERSON HANSEN, P.C.
415 S. Sixth Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 388-7171
Facsimile : (702) 380-6406
lmh@jimmersonhansen.com
ajb@jimmersonhansen,com

Attorneys for Defendant,
UNIVERSITY MEDICAL
CENTER OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSHUNDA ABNEY, an individual ROSHUNDA ABNEY, as Personal Representative of the Estate of Angel Dewberry; and RAFFINEE DEWBERRY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a county hospital pursuant to NRS 450, et. seq., VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through X, inclusive, <br><br> Defendants. | CASE NO. 2:09-cv-2418-RLH-PAL |

**DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE BUREAU OF LICENSURE & CERTIFICATION STATEMENT OF DEFICIENCIES**

COME NOW Defendants, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, by and through their counsel of record, Lynn M. Hansen, Esq., of the law firm of Jimmerson Hansen, P.C., request leave to file a reply to Plaintiff's opposition to Defendants' Motion in Limine

No. 1 to Exclude the Bureau of Licensure and Certification Statement of Deficiencies. Plaintiff raised legal and factual issues that Defendant needs to address. Accordingly, in the interest of justice, Defendants respectfully request the ability to address these issues in a reply.

DATED this 2 day of March, 2011.

JIMMERSON HANSEN, P.C.

LYNN M. HANSEN, ESQ.
Nevada State Bar 00244
AMANDA J. BROOKHYSER, ESQ.
Nevada State Bar 011526
415 S. Sixth Street, Suite 101
Las Vegas, Nevada 89101

Attorneys for Defendant,
UNIVERSITY MEDICAL
CENTER OF SOUTHERN NEVADA

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File a Reply is granted and the reply shall be filed no later than April 1, 2011.

DATED this 23rd day of March, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Request for Leave

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of JIMMERSON HANSEN, P.C., and that on the __2__ day of March, 2011, I caused to be served a true and correct copy of the document described herein by the method indicated below, and addressed to the following:

**Document Served:** DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO TO EXCLUDE THE BUREAU OF LICENSURE & CERTIFICATION STATEMENT OF DEFICIENCIES

**Person(s) Served:**

JACOB L. HAFTER, ESQ.
Nevada State Bar 09303
HAFTER LAW OFFICE
7201 W. Lake Mead Blvd.
Suite 210
Las Vegas, NV 89128
Telephone: (702) 405-6700
Facsimile:  (702) 685-4184
jhafter@hafterlaw.com
Attorney for Plaintiffs

_____ Hand Deliver
__X__ U.S. Mail
_____ Overnight Mail
__X__ Facsimile

_____
An employee of
JIMMERSON HANSEN, P.C.

Request for Leave