1
2
3
4              **UNITED STATES DISTRICT COURT**
5                    **DISTRICT OF NEVADA**
6
7    ROSHUNDA ABNEY, *et al.,*                    )
8                               Plaintiffs,       )        Case No. 2:09-cv-02418-PAL
                                                  )
9    vs.                                          )                  **ORDER**
                                                  )
10   UNIVERSITY MEDICAL CENTER, *et al.,*         )
                                                  )
11                              Defendants.       )
                                                  )
12   _____ )

13          Before the court is Plaintiffs' Emergency Motion to Compel University Medical Center to

14   Accept Subpoenas and Produce Witnesses (Dkt. #108), and Motion for Sanctions Against Defendant

15   University Medical Center (Dkt. #109) filed August 16, 2011, which was referred to the undersigned by

16   the District Judge.

17          This case is set for jury trial August 29, 2011, at 8:30 a.m., with an August 24, 2011 calendar

18   call.  The District Judge is out of the district this week, and has referred these two matters to me for

19   decision.  As the undersigned has set this matter for a settlement conference on Friday, August 19,

20   2011, at 9:30 a.m., these disputes must be resolved before the undersigned reviews the parties'

21   confidential settlement memoranda and conducts the settlement conference.  Accordingly,

22          **IT IS ORDERED** that:

23          1.      Defendant UMC shall have until **4:00 p.m., August 17, 2011,** to respond to both

24                  motions.

25          2.      A hearing on the motions is set for **August 18, 2011, at 4:30 p.m.,** in Courtroom 3B.

26          Dated this 17th day of August, 2011.

27                                                        _____
                                                          Peggy A. Leen
28                                                        United States Magistrate Judge