LYNN M. HANSEN, ESQ.
Nevada State Bar 00244
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 011526
JIMMERSON HANSEN, P.C.
415 S. Sixth Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 388-7171
Facsimile : (702) 380-6406
lmh@jimmersonhansen.com
ajb@jimmersonhansen.com
Attorneys for Defendant,
UNIVERSITY MEDICAL
CENTER OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSHUNDA ABNEY, an individual ROSHUNDA ABNEY, as Personal Representative of the Estate of Angel Dewberry; and RAFFINEE DEWBERRY, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a county hospital pursuant to NRS 450, et. seq., VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through X, inclusive, <br><br>Defendants. | CASE NO. 2:09-cv-2418-RLH-PAL |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COME NOW Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("UMC") by and through its attorneys of record, Lynn M. Hansen, Esq. and Amanda J. Brookhyser, Esq. of Jimmerson Hansen, and Plaintiff ROSHUNDA ABNEY, an individual, ROSHUNDA ABNEY, as Personal Representative of the Estate of Angel Dewberry; and RAFFINEE DEWBERRY, an individual, by and through their attorneys of record, Jacob Hafter,

Esq. and Michael K. Naethe, Esq. of The Law Office Jacob Hafter & Associates, and hereby stipulate that this case be dismissed with prejudice against University Medical Center, each party to bear their own attorneys fees and costs.

DATED this 27 day of September, 2011.   DATED this 27th day of September, 2011.

JIMMERSON HANSEN, P.C.   LAW OFFICE OF JACOB HAFTER & ASSOCIATES

_____   _____
LYNN M. HANSEN, ESQ.   JACOB L. HAFTER, ESQ.
Nevada Bar No. 000244   Nevada Bar No. 009303
AMANDA J. BROOKHYSER, ESQ.   MICHAEL K. NAETHE, ESQ.
Nevada Bar No. 011526   Nevada Bar No. 011222
415 S. Sixth Street, Suite 100   7201 w. Lake Mead Blvd.
Las Vegas, Nevada 89101   Suite 210
(702) 388-7171   Las Vegas, Nevada 89128
Attorneys for Defendant, UMC   (702) 405-6700
   Attorneys for Plaintiffs

## ORDER

Pursuant to the foregoing stipulation of counsel for all parties, good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that University Medical Center is dismissed with prejudice, and each party to bear their own attorney's fees and costs.

DATED this 28th day of September

_____
UNITED STATES DISTRICT            JUDGE

Respectfully Submitted by:

JIMMERSON HANSEN, P.C.

_____
LYNN M. HANSEN, ESQ.
Nevada State Bar No. 00244
AMANDA J. BROOKHYSER, ESQ.
Nevada State Bar No. 011526
415 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Defendant, UMC

Stip & Order for Dismissal.wpd